# United States District Court
## Violation Notice (Rev. 1/2013)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA-6 | 9337848 | Anderson | 2463 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/19/2025 1215
Offense Charged ☐ CFR ☐ USC ☐ State Code: 36 CFR 4.23(a)(1)

Place of Offense: Province Lands Rd / Route 6

Offense Description: Factual Basis for Charge: Operate Under Influence Alcohol and/or Drugs

**DEFENDANT INFORMATION**  Phone: (508) 813-5834

Last Name: Flanagan   First Name: Scott

Street Address: ██████████

City: Tru...

Drivers License: S020...

VEHICLE

Tag No: 2772CG   MA   07   Honda CRV   Black

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____

Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/19, 20 25 while exercising my duties as a law enforcement officer in the _eastern_ District of _Massachusetts_

_See Attached_

The foregoing statement is based upon:

☑ my personal observation   ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/19/2025   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)  9337848
Location Code: MA-65    Violation Notice #:_____

I state that _October 19_,20 _25_ while exercising my duties as a
on                                                    law
enforcement officer in    _Eastern_    District of  _Massachusetts_
the

At approximately 1215 hours, I received a report of a black
Honda CRV with MA plate 2772CG driving toward Race Point
Road, after the operator was seen drinking and driving.
A few minutes later, I observed the same vehicle on Province
Lands Road cross and straddle the center line for 25-30 yards.
I conducted a stop of the vehicle and identified the driver as
Scott Flanagan.
I immediately detected a strong odor of alcoholic beverage
emanating from the vehicle. Flanagan informed me that he had
consumed a "bloody mary" alcoholic beverage at 9am.
I conducted a series of field sobriety tests on Flanagan during
which I continued to detect a strong odor of alcoholic beverage
emanating from him and observed that he had glassy eyes.
Flanagan demonstrated numerous cues of impairment in his
performance of each field sobriety test which further supported
by belief that he was impaired by alcohol.
Based on a totality of all my observations of Flanagan
operating a motor vehicle, committing a lane violation, strong
odor of alcoholic beverage emanating from his person, his
statements confirming the consumption of alcoholic beverage
earlier that morning, his glassy eyes, and his performance of
field sobriety testing, I determined that there was probable
cause to arrest and charge him with operating under the
influence of alcohol and/or drugs.
I significantly discounted observations of Flanagan's lack of
balance and need to support himself up using his car, due to
physical handicaps that he claimed and which were evident
with the presence and use of a walker that he had with him.
*This incident was recorded on my Axon Body Camera.*

The foregoing statement is based upon:
☒ my personal observation          ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and
on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:_ 10/19/2025 _    _____
              Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_____
              Date  (mm/dd/yyyy)          U.S. Magistrate Judge

CVB SCAN 11/10/2025 16:7

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA 65 | 9337850 | Anderson | 2463 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/19/2025  1340 | 36 CFR 4.23 (a)(2) |

Place of Offense
Province Lands Rd / Route 6

Offense Description: Factual Basis for Charge          HAZMAT ☐
Operate Motor Vehicle With
Blood-Alcohol Concentration of 0.08 or higer

### DEFENDANT INFORMATION   Phone: (508) 813-5034

Last Name: Flanagan          First Name: Sc████

Street Address: PO ██ 203 (32 Windigo Lane)

City: Tr██████████████████

Driver's License: S02█████████████████

███████████████████

### VEHICLE ████████████████

Tag No.: 27██████ MA   01   Honda CR   Black

| A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS. | B ☑ IF BOX B IS CHECKED, YOU MUST PAY THE TOTAL COLLATERAL DUE OR IN LIEU OF PAYMENT APPEAR IN COURT. SEE INSTRUCTIONS. |
|---|---|

|  | $_____ Forfeiture Amount |
|---|---|
|  | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $_____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/19, 20 25 while exercising my duties as a law enforcement officer in the ____ District of Massachusetts

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/19/2025
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

**STATEMENT OF PROBABLE CAUSE**
(For Issuance of an arrest warrant or summons)
Location Code: MA-65    Violation Notice #: **9337850**

I state that on *October 19*, 20 *25* while exercising my duties as a law enforcement officer in the _Eastern_ District of _Massachusetts_

At approximately 1220 hours, I stopped a black Honda CRV with MA plate 2772CG for a traffic control device violation that I had observed on Province Lands Road. I identified the driver as Scott Flanagan.

Based on a totality of all my observations prior to and during the stop of Flanagan operating a motor vehicle, committing a lane violation, strong odor of alcoholic beverage emanating from his person, his statements confirming the consumption of alcoholic beverage earlier that morning, his glassy eyes, and his performance of field sobriety testing, I determined that there was probable cause to arrest and charge him with operating under the influence of alcohol and/or drugs.

I placed Flanagan under arrest and he was transported to the Provincetown Police Department by Provincetown Police Sergeant Glenn Enos. I read to Flanagan the Cape Cod National Seashore OUI Statement to Defendant form which Flanagan indicated that "yes" he would provide a breath sample.

Sergeant Enos conducted the breath test using an Alcotest 9510 with serial# ARBK-0073. Flanagan provided a breath sample at 1340 hours and again 1345 hours. Both samples indicated that Flanagan had a blood alcohol concentration (BAC) of 0.261% which is more than three times the statutory limit of 0.08% BAC.

*This incident was recorded on my Axon Body Camera.*

The foregoing statement is based upon:
☑ my personal observation      ☑ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _10/19/2025_    _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

CVB SCAN 11/10/2025 16:7

## United States District Court
### Violation Notice
(Rev. 1/2013)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA-65 | 9337849 | Anderson | 2463 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/19/2025 1215
Offense Charged: 36 CFR 4.14

Place of Offense: Province Lands Road / Route 6

Offense Description: Possess Open Container Alcohol in Motor Vehicle

**DEFENDANT INFORMATION**

Phone: 508-813-5034

Last Name: Flanagan    First Name: Sc[REDACTED]

Street Address: PO Box 363 (32 Windigo Ln)

[REDACTED]

**VEHICLE**

Tag No: 277[REDACTED]

---

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

A. Defendant Signature

Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 10/19, 20 25 while exercising my duties as a law enforcement officer in the _____ District of Massachusetts

See Attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/19/2025    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/10/2025 16:7

**STATEMENT OF PROBABLE CAUSE**
(For Issuance of an arrest warrant or summons)
Location Code: MA-65    Violation Notice #: _9337849_

I state that
on    October 19 ,20 25    while exercising my duties as a
law
enforcement officer in    Eastern    District of    Massachusetts
the

At approximately 1220 hours, I stopped a black Honda CRV with MA plate 2772CG for a traffic control device violation I had observed on Province Lands Road.
I identified the driver and sole occupant as Scott Flanagan. During the course of the stop, I developed probable cause that Flanagan was operating his vehicle while under the influence of alcohol and/or drugs. And ultimately placed him under arrest for that violation.
Provincetown Police Officer Kathryn Wankowicz assisted me on the stop by coordinating the removal of Flanagan's black CRV by a tow service.
Prior to the tow service taking the vehicle, Officer Wankowicz conducted an inventory of its contents. Officer Wankowicz informed me that during the inventory, she had found 23 empty Smirnoff vodaka "nip" bottles, and 5 unopened vodka "nips" one of which was located in the driver door.

Officer Wankowicz informed me that during the inventory, she found another bottle that mets the elements of an open container of alcoholic beverage in a motor vehicle.
She informed me that she found an opened sports drink bottle containing a blue liquid located in the center console. Officer Wankowicz informed me that the blue liquid inside the sports drink bottle had the odor of alcoholic beverage.

*This incident was recorded on my Axon Body Camera.*

The foregoing statement is based upon:
☑ my personal observation    ☒ my personal investigation
☑ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/19/2025
Date (mm/dd/yyyy)            Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)            U.S. Magistrate Judge

CVB SCAN 11/10/2025 16:7

**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA6 | 9337847 | Anderson | 2463 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/19/2025  1215 | 36 CFR 4.12 |

Place of Offense:  Province Lands Road

Offense Description: Factual Basis for Charge:  Traffic Control Device Center Line

**DEFENDANT INFORMATION**    Phone: (508) 815-5034

Last Name: Flanagan    First Name: S████████

Street Address: PO Box 242    (32 Windigo LN)

City: Tr████

Driver's License: S020████

☒ Adult ☐ Juvenile

**VEHICLE** ████

Tag No.: ████

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See Instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

#9337847

---

(For issuance of an arrest warrant or summons)

I state that on October 19, 2025 while exercising my duties as a law enforcement officer in the Eastern District of Massachusetts

See Attached

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  10/19/2025    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons) 9337847
Location Code: MA-65     Violation Notice #:_____

I state that      October 19. ,20 25      while exercising my duties as a
on                                               law
enforcement officer in      Eastern     District of __Massachusetts_____
the

At approximately 1215 hours, I received a report of a black
Honda CRV with MA plate 2772CG driving toward Race Point
Road, after the operator was seen drinking and driving.
A few minutes later, I passed a vehicle on Province Lands
Road matching that description. I turned around and observed
the black CRV ahead of me cross and straddle the centerline of
the road for a distance of approximately 25-30 yards.
I conducted a stop of the vehicles and identified the driver as
Scott Flanagan.
Flanagan stated he might have been changing the radio channel
at the time of my observation.
There were no pedestrians, cyclists, wildlife, or other hazard
along the road where I observed Flanagan cross and straddle
the center line that would have served as an explanation for
why he might have moved over.

*This incident was recorded on my Axon Body Camera.*

The foregoing statement is based upon:
☒ my personal observation          ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and
on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/19/2025
              Date (mm/dd/yyyy)              Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_____
              Date  (mm/dd/yyyy)              U.S. Magistrate Judge

CVB SCAN 11/10/2025 16:7